UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **SIMON LEWIS**<br>    LA. DOC #542105 | **CIVIL ACTION NO. 6:16-CV-00615** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **N. BURL CAIN** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Claims 1-4 of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 are hereby **DENIED and DISMISSED WITH PREJUDICE** as procedurally defaulted.

**MONROE, LOUISIANA**, this 15th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE