# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SIMON LEWIS**<br>LA. DOC #542105 | **CIVIL ACTION NO. 6:16-CV-00615** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **N. BURL CAIN** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED and DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 20th day of October, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE